# United States Court of Appeals for the Federal Circuit

### E R R A T U M

January 18, 2006

Appeal No. 05-1215

Koepnick Med. & Educ. Research Found., L.L.C. v. Alcon Labs. Inc.

Non-precedential opinion

Decided: December 28, 2005

Page 9, line 18, "radial lasers" has been changed to "excimer lasers"